UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-277-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S MOTION |
| | ) | |
| STEVEN NEAL GREENOE | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Motion and Proposed Order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office and the counsel for defense.

This the 22nd day of February, 2011.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE