EXHIBIT G



GALADARI INVESTMENT OFFICE

S.G. Greenoe
JRC llc
7413-116 Six Forks Rd.
Raleigh, N.C. U.S.A. 27615

Reference No : EMP/0013                                          Date : 01/03/07
**Employment Contract**                                          **Private & Confidential**

**Dear Mr. Greenoe,**

Galadari Investment Office is pleased to offer you employment on the following terms and conditions:

**1. Job Description**
You will be employed in the position of Executive Manager. You will be reporting to the Chairman.

**2. Joining Date**
Should you accept this offer of employment, your employment will commence on April 1, 2007
This offer of employment shall remain open until March 15, 2007. If no acceptance by you hereof is received by us on or before such date, this offer shall lapse and expire.

**3. Compensation**
You shall be paid a salary in United Arab Emirates(Dirhams). Your basic salary and allowances would be as follows:

Basic Salary : Dhs.15,000.-

Housing : Dhs 6,250.-

Other Allowances : Dhs.3,750 .-

**Total monthly compensation : Dhs.25,000.-**



P.O. Box 4011, 2nd floor, Building 4, Emaar Business Park, Dubai, United Arab Emirates. Tel:+971 4 3689991, Fax: +971 4 3689992
E-mail: info@gio.ae, Website: www.gio.ae

## 4. Office Timings

Your hours of work will be from 8:30am until 5:30pm (with a 1 hour lunch break), Sunday thro' Thursday. It may, from time to time, be necessary for you to work additional hours as your employment demands.

## 5. Probationary period

During the first six (6) months of your employment, you will be on probation, during which time the normal terms and conditions (such as eligibility for sick leave and annual leave) will not apply, but will then apply in a normal way after the expiry of the probationary period of service. During the probation period, your employment may be terminated with or without cause by either party upon seven days by 'written notice'.

## 6. Annual Leave

You shall be entitled to 35 calendar days of leave per year. Any public holidays (weekly or otherwise) occurring during the annual leave period will be part of your annual leave.
The annual leave year for the purpose of calculating annual leave utilization, will be from 1st January of that year to 31st December of that year. Annual leave in the calendar year of joining will be calculated on a pro-rata basis from the month of joining up to 31st of December.

## 7. Annual Leave Ticket

You shall be entitled to receive one (1) Economy Class air ticket, Dubai-London (UK)-Dubai, for each year of employment. This package will include your wife and 2 children under the age of 18.

## 8. Medical Insurance

During your employment, you shall be provided medical insurance as applicable. You shall be entitled for coverage under our private group medical insurance plan in effect and as may be amended from time to time. The medical coverage plan will also cover your wife and 2 children up to the age of 18.

## 9. Performance Bonus

We may at the sole discretion award employees bonuses from time to time, based on their performance in carrying out of their employment. Performance bonus is awarded on the basis of outstanding contribution to the company success. Where such bonuses are paid, if any, these do not form part of the total annual compensation, whether for calculation of end of service gratuity or otherwise.



## 10. Term and Termination

You employment shall be for an unlimited period and will remain in force until one party delivers to the other party three (3) month written notice of termination. However, in respect of the probationary period, the terms of termination set forth in paragraph 5 shall apply.

## 11. End of Service Gratuity

On the expiry or termination of your employment, you will receive your entitlements set forth in the UAE Labor Law no. 8 of 1980, as emended or supplemented from time to time.

## 12. Confidentiality

By accepting this offer of employment, you irrevocably agree that during the course of your employment, and for a period of three (3) years thereafter, you shall not, other than in the course of fulfilling your obligations as an employee thereof, communicate any information that might be of a confidential or proprietary nature regarding us or any of our associate entities, to any person including, without limitation, information regarding the business and finances thereof. Further, any information obtained during the course of your employment shall not be used subsequent to the termination of your employment (for whatever reason) to compete with Galadari Investment Office or its associate entities.

## 13. Competition Clauses

Upon termination of employment ( for whatever reason) you will not:

i. Seek employment with a competitor for a period of 12 months, starting from date of termination.
ii. Compete with the company in any way whatsoever, as a shareholder, owner, employee, agent, consultant of another competing business.
iii. Solicit or endeavor to entice away from or discourage any dealing with the company any person who was, at any time during the period of one year preceding the date of termination, a supplier, customer or client of the company or endeavor to influence in any way the relationship between any supplier or employee of the company.
iv. Supply or provide any goods or services to any person who was at any time during the period of one year preceding the date of termination, a supplier, customer or client of the company.
v. Solicit or endeavor to entice away or discourage from being employed by the company an employee of the company whether or not such a person would commit a breach of contract by reason of leaving service.
vi. Take any action, which is prejudicial to the name and/or trading position of the company, which would or could cause damage to the company or any employee of the company.

## 14. Exclusivity

During the term of employment, you shall not, without the prior written permission of the company be entitled to directly or indirectly, temporarily or permanently be engaged by or do any business with individual(s) or companies other than Galadari Investment Office

## 15. Rules and Regulations

In addition to the terms and conditions set forth in this letter of employment, by accepting this offer of employment you expressly and irrevocably agree that you shall



follow and abide by any applicable rules and regulations issued from time to time by us, the Government of Dubai or the Government of the United Arab Emirates.

### 16. Applicability of UAE Labor Law
Your employment shall be governed by the UAE labor Law for the Private Sector being Federal Law No. 8 of 1980, as amended (the Labor Law)

### 17. Labor & Immigration Formalities
Notwithstanding any of the foregoing, you expressly agree that your employment hereunder on the successful completion of all labor and immigration formalities set by the UAE Government and authorities, and the ability to obtain for you the appropriate employment and residence visa. If for any reason you do not pass the required medical examinations, this offer of employment is null and void.

### 18. Assignment
We shall be entitled to assign our obligations hereunder to any other of our associate entities

We look forward to you joining us and sincerely hope that you find your employment with us both challenging and rewarding. Please confirm your acceptance of this offer of employment by signing below where indicated.

Yours sincerely,



**Galadari Investment Office**

I, the undersigned, confirm my Agreement and Acceptance to the above terms and conditions.

| | | |
|---|---|---|
| **Grant Greenoe** | signature | 8April2007<br>date |

Page 4 of 4

 P.O. Box 4011, 2nd floor, building 4, Emaar Business Park, Dubai, United Arab Emirates, Tel +971 4 3687991, Fax: +971 4 3689992
E-mail: info@gio.ae, Website: www.gio.ae



A DESIGN CULTURE

April 14, 2008

## TO WHOM IT MAY CONCERN

Dear Sirs,

**Re:  No Objection
      Steven Greenoe;**

This is to confirm that the **Steven Greenoe, USA passport holder # 701905322** will no longer be on our payroll effective April 20, 2008.

Galadari Investment Office has no objection in him seeking employment elsewhere.

Yours faithfully



**Rashid A.W Galadari
Chairman**

c.c: employee file

PO Box 214472, Suite 208, 2nd Floor, Building 4, Emaar Business Park, Dubai, UAE
Office +971 (0) 4 368 9991, Fax +971 (0) 4 368 9992, www.gio.ae

PO Box 215646
45 Al Falaj Villas
Al Sufouh 2
Dubai
United Arab Emirates

20th May 2008

TO WHOM IT MAY CONCERN

Between July and November 2007 I had the pleasure of working with Steve Greenoe, in my capacity as Managing Director of Galadari Investment Office (GIO).

Steve reported to me during that period and his work was predominantly in the area of business development for the organization. During this time he was the lead on projects within the UAE and outside the country with the objective of broadening the company's portfolio, particularly in the field of tourism and hospitality developments. His role required detailed and high-level liaison with international organizations and global leaders in the area of economic and political lobbying.

His wide-ranging international background was instrumental in forging close ties with these organizations and his inter-personal skills resulted in excellent cross-border relationships being established with a wide range of contacts involved in bringing these projects to market. His diverse language skills in particular were invaluable in dealing with his portfolio.

Steve is a young man of the highest integrity who brings energy and enthusiasm to his professional relationships. He demonstrated great sensitivity and maturity when representing the organization at the highest levels in international circles. He is resourceful and works efficiently, driven by his own initiative and pro-active attitude. He was an excellent colleague and team member and I wish him well in his future career endeavours.

Yours faithfully

*[signature]*

Vivienne Noyes-Thomas