UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


FILED
JAN 1 0 2012
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

vs.

STEVEN NEAL GREENOE

Case No: 5:10-CR-277-1H

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence at Sentencing on January 10, 2012 be turned over to Special Agent <u>Tony Bell</u> to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 102 | Box of pipes/ammunition |

This __10th__ day of __January__, 2011.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____